UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 6:22-cv-3151 |
| | ) | |
| v. | ) | |
| | ) | |
| CRACKER BARREL OLD COUNTRY STORE, INC. and HARRISON'S LOCK, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

TO: All Counsel of Record

DATE & HOUR: February 9, 2023 at 1:00 pm

WITNESS TO BE DEPOSED: Cynthia Wilson

PLACE: TaneyHills Community Library
200 S. 4th Street
Branson, Missouri 65616

COURT REPORTER: 360 Litigation Services

**PLEASE TAKE NOTICE** that on the above date, at the time and place specified, we shall cause the deposition of **Cynthia Wilson** to be taken upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a certified court reporter and a suitable Notary Public. Any party and their attorney may appear and participate as they see fit.

**KNIGHT NICASTRO MACKAY**

*/s/ Patrick A. Bousquet*
Patrick A. Bousquet, #57729
Killian R. Walsh, #70403
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
bousquet@knightnicastro.com
walsh@knightnicastro.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Patrick A. Bousquet*
Patrick A. Bousquet